FILED BY _____ D.C.

05 JUN 22 PM 3: 1

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2921 Ml/P |
| | ) | |
| NINE THOUSAND FOUR HUNDRED | ) | |
| FORTY DOLLARS ($9,440.00), IN | ) | |
| UNITED STATES CURRENCY and | ) | |
| ASSORTED JEWELRY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING WITHOUT PREJUDICE MOTION TO LIFT STAY

Before the Court is the Motion to Lift Stay of All
Proceedings Pending the Outcome of Related Criminal Case of
Defendants $9,440.00 in United States Currency and Assorted
Jewelry, filed June 2, 2005.  Plaintiff responded in opposition
on June 20, 2005.

On March 22, 2005, this case was stayed at Plaintiff's
request pending the outcome of a related criminal case, United
States v. Brandon Williams, No. 04-20422-B (W.D. Tenn. filed
October 6, 2004).  Defendants move to lift the stay because the
defendant in that related criminal case has entered a guilty
plea.  However, because that defendant has yet to be sentenced, a
lift of the stay at this point would be premature.  Defendants'
motion is therefore DENIED, without prejudice.  Defendants may

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-22-05

21

move to lift the stay in this case after the defendant in the related criminal case has been sentenced.

So ORDERED this 22 day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02921 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John Priest Pritchard
PRITCHARD LAW FIRM
243 Exchange Avenue
Memphis, TN 38105

Brandon Williams
5482 Rappahannock Dr
Memphis, TN 38134

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT