IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. 04-2921-Ml/P |
| | ) | |
| NINE THOUSAND FOUR HUNDRED FORTY DOLLARS ($9,440.00) IN UNITED STATES CURRENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

**ORDER DENYING DEFENDANT'S MOTION TO LIFT STAY OF ALL PROCEEDINGS PENDING THE OUTCOME OF RELATED CRIMINAL CASE**

---

Before the court is defendant's Motion to Lift Stay of All Proceedings Pending the Outcome of Related Criminal Case, filed June 2, 2005 (dkt #19).

On March 22, 2005, this court granted the Government's motion to stay the proceedings in that this cause was "related to the underlying criminal prosecution" in U.S. v. Brandon Williams, No. 04-20422-B. This court stayed this matter "until resolution of the underlying criminal prosecution." The criminal prosecution has not yet been resolved, as the defendant in U.S. v. Brandon Williams has not yet been sentenced.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-27-05

Therefore, defendant's motion is DENIED, without prejudice. Defendant may renew her motion after sentencing.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 22, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02921 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Brandon Williams
5482 Rappahannock Dr
Memphis, TN 38134

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

John Priest Pritchard
PRITCHARD LAW FIRM
243 Exchange Avenue
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02921 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Brandon Williams
5482 Rappahannock Dr
Memphis, TN 38134

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

John Priest Pritchard
PRITCHARD LAW FIRM
243 Exchange Avenue
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT